583 A.2d 310

DEBORAH A. MEDER, ETC. v. RESORTS INTERNATIONAL HO-
TEL, INC. v. CLAREMONT INTERIOR CONTRACTORS, INC.

January 23, 1990.

Petition for certification denied.   (See 240 *N.J.Super.* 470,
573 *A.*2d 922)

583 A.2d 310

DEBORAH A. MEDER, ETC. v. RESORTS INTERNATIONAL HO-
TEL, INC. v. CLAREMONT INTERIOR CONTRACTORS, INC.

January 23, 1990.

Cross-petition for certification denied.   (See 240 *N.J.Super.*
470, 573 *A.*2d 922)

583 A.2d 310

IN THE MATTER OF THE PETITION OF GLORIA E. SOTO FOR
A DECLARATORY RULING AS TO THE APPLICABILITY OF
N.J.S.A. 5:12–138 TO CERTAIN POLITICAL ACTIVITIES.

GLORIA E. SOTO v. STATE OF NEW JERSEY, NEW JERSEY
CASINO CONTROL COMMISSION.

January 23, 1990.

Petition for certification denied.   (See 236 *N.J.Super.* 303,
565 *A.*2d 1088)